# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 22, et al.,** )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**SADLER ELECTRIC, INC.,** )<br>)<br>**Defendant.** )<br>) | **8:05CV523** |

    This matter is before the court on the "Withdrawal of Counsel" (#11) filed by Dean F. Suing and the law firm of Katskee, Henatsch & Suing. The court construes the notice as a motion for leave to withdraw as defense counsel. *See* NEGenR 1.3(f). The record shows that substitute counsel has entered an appearance.

    **IT THEREFORE IS ORDERED** that the Withdrawal of Counsel (#11), construed as a motion for leave to withdraw, is granted.

    **DATED January 18, 2006.**

                                  **BY THE COURT:**

                                  **s/ F.A. Gossett**
                                  **United States Magistrate Judge**